# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
### AT BOWLING GREEN
*Electronically Filed*

| | | |
|---|---|---|
| **AUTUMN MERRISS,** | ) | **Case No. 1:20-CV-194-GNS** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **JOURNEYPURE BOWLING** | ) | |
| **GREEN, LLC,** | ) | |
| | ) | |
| **And** | ) | |
| | ) | |
| **JOURNEYPURE MANAGEMENT** | ) | |
| **CORP.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## AGREED ORDER REMANDING

This matter is before the Court on the agreement of the Parties, as evidenced by their signatures hereinbelow, and the Court being otherwise sufficiently advised HEREBY ORDERS AND ADJUDGES:

1. Plaintiff, Autumn Merriss, stipulates that she shall not be awarded, nor shall she accept, an award of damages in excess of $75,000.00, exclusive of interests and costs.

2. Given the foregoing stipulation, the Parties agree that this matter shall be remanded to Warren Circuit Court, Div. II.

3. Plaintiff's Motion to Remand [D.N. 9] is GRANTED.

4. It is, therefore, ORDERED that this cause be remanded to Warren Circuit Court, Div. II as not properly removable to this Court.

SO ORDERED THIS _14th day of January, 2021.

**H. Brent Brennenstuhl**
**United States Magistrate Judge**

**HAVE SEEN AND AGREED:**

/s/  David  F.  Broderick
Hon. David F. Broderick
Hon. Kate E. Payton
*Counsel for Plaintiff*

/s/  Kelleene  A.  Holden
Hon. Kelleene A. Holden
Hon. Erin M. Shaughnessy
Hon. Mitchel Terence Denham
*Counsel for Defendants*